In the Matter of the Application of THOMAS W. OSBORNE,
Respondent, for a Peremptory Writ of Mandamus
against WILLIAM A. PRENDERGAST, as Comptroller of
the City of New York, et al., Appellants.

*Matter of Osborne* v. *Prendergast*, 157 App. Div. 910, affirmed.
(Argued October 23, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 6, 1913, which affirmed an order of Special Term
granting a motion for a peremptory writ of mandamus
to compel payment of the claim of a stenographer for
furnishing a copy of the minutes of a murder trial to the

court, to be transmitted by it to the governor under section 493 of the Code of Criminal Procedure.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *George P. Nicholson* of counsel), for appellants.

*Royal E. T. Riggs* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.